UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FREDERICK E. NATICCHIA,**

**Plaintiff,**

vs.                                                  Case No. 8:04-CV-1518-T-27EAJ

**JO ANNE B. BARNHARD, Commissioner**
of Social Security,

**Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 9) recommending that the decision of the Defendant Commissioner be **REVERSED** and **REMANDED** for further proceedings. Neither party filed written objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

1

2) The decision of the Defendant Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Magistrate's Report and Recommendation.

3) The clerk is directed to enter final judgment in favor of Plaintiff pursuant to 42 U.S.C. § 405(g) and *Newsome v. Halala*, 8 F3d 775 (11th Cir. 1993).

4) The Clerk is directed to deny all pending motions as moot and close this case.

**DONE AND ORDERED** in Tampa, Florida, on this __9th__ day of August, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record